# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| BETHANY KALEY FARBER, | § | |
| | § | |
| *Plaintiff,* | § | Civil Action No. 4:23-cv-00552 |
| v. | § | Judge Mazzant/Judge Davis |
| | § | |
| CITY OF GAINESVILLE, *et al.* | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 2, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #22) that Defendant City of Gainesville's Motion to Dismiss (Dkt. #16) be granted.

Having received the report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant City of Gainesville's Motion to Dismiss (Dkt. #16) is hereby **GRANTED.**

It is **FURTHER ORDERED** that Plaintiff Bethany Kaley Farber's claims against Defendant City of Gainesville are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Plaintiff Farber's claims against the 100 Does are **DISMISSED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that, within 14 days of the docketing of this order, Plaintiff Farber may file a second amended complaint, if possible. If she fails to timely file a second amended complaint, the case will be dismissed with prejudice.

    **IT IS SO ORDERED**.

    **SIGNED this 20th day of February, 2026.**

_____

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE